**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NIKOLA KOMATINA,

    Plaintiff,

v.                                        Case No. 6:21-cv-836-WWB-DCI

MAGICAL CRUISE COMPANY,
LIMITED,

    Defendant.

_____

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 24), filed June 13, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 14, 2022.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record